E-FILED
Friday, 14 February, 2020  09:31:47 AM
Clerk, U.S. District Court, ILCD

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Clinton Dixon,
  Plaintiff

vs.

Wexford Health Sources Inc.
Nurse Practitioner - S. Steele, Hill C.C.
Doctor J, EK, Hill C.C.
Wexford Health Sources Inc.
Employees
  Defendant(s)

Case No. _____
(The case number will be assigned by the clerk)

SCANNED at PCC and E-Mailed
2/13/20 (date) by HZ (initials)
36 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

## I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Clinton Dixon

Prison Identification Number: B57267

Current address: Pontiac Correctional Center P.O. Box 99, Pontiac, IL. 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: WEXFORD HEALTH SOURCES INC.

Current Job Title: Health Care Provider

Current Work Address: Henry Hill Corr. Center

Defendant #2:

Full Name: S. Steele

Current Job Title: Nurse Practictioner – Wexford Health Sources INC.

Current Work Address: Henry Hill Corr. Center, 600 Linwood Rd. P.O. Box 1327, Galesburg, IL. 61401

Defendant #3:

Full Name: Dr. Johnathan Ek.

Current Job Title: Medical Director – Medical Doctor

2

Current Work Address <u>WexFord Health Sources Inc./
Henry Hill Corr. Center, P.O. Box 1327, Galesburg, IL. 61401</u>

Defendant #4:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

Defendant #5:

    Full Name: _____

    Current Job Title: _____

    Current Work Address _____

    _____

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?  Yes ☐  No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒  No ☐

C. If your answer to B is yes, how many? __1__  Describe the lawsuit(s) below.

Deliberate Indifference Against
WexFord Health Sources Inc.
Jones, Marcus Hardy
Darryl Edwards,
Dr. Imotep Carter.

3

1. Name of Case, Court and Docket Number  Clinton Dixon vs. WEXFORD HEALTH SOURCES INC. 12CV5531

2. Basic claim made  Deliberate Indifferance

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?)  Settlement

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☑  No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed?  Yes ☑  No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Henry Hill Corr. Center / Menard Corr. Ctr.

4

Date(s) of the occurrence 10-3-19, 1-4-19, 2-19-19, 1-25-19, 3-19-17,

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On or about 9-20-19 Plaintiff put in a Request to see a doctor Concerning this "Knot/Lipoma" on the Back of his neck, Plaintiff was given Antibotics and Ibuprofen 200 MG Tab For Pain. After Plaintiff Finished the 10 days of Medication, Plaintiff was Seen Again at Health Care Unit - Hill C.C. on 10-3-19, Plaintiff was Seen By a Nurse + Nurse Practitioner S. Steele Whom Wanted to see if she Could "Drain" the Knot By using a Needle + I gave Consent to do So, But the "Drain" Didn't work, So Nurse Practitioner S. Steele Made a Small Cut to the Knot to see if it was a "Cyst" or "Lipoma" And Plaintiff was told it was a "Lipoma" and that she Couldn't Remove it or go any Further Because of (Wexford Health Sources Inc.) Policy which Says My issue is "Cosmetic". Plaintiff Shortly thereafter Filed a grievance and was Seen By Dr. J-EK and Placed on a treatment Plan + given "Naproxen 375 MG Tabs/Generic For Naprosyn" For Pain. Plaintiff Has Been diagnosed with Lipoma on the Left Back Side of Neck which is the Size of a Grape Fruit Now, it is Very Painful, disturbs Plaintiff's Sleep everyday and effects Plaintiff's daily activities, and Plaintiff is in Constant Pain. The "Lipoma" is Limiting Plaintiff's Movement Because it Hurts when Plaintiff Moves Certain ways. Because of "Wexford Health Sources Inc.) Policy the Health Care Unit at Hill C.C is unable to adequately Provide Medical Care to Plaintiff; Plaintiff has written Letters in the Past to Dr. Trost at Menard C.C. Wardens At Menard

5

C.C., Medical Director Louis Shicker for help. I have been denied to go see a "SPECIALIST. THIS DENIAL IS BEING DONE AS A GENERAL POLICY BY WEXFORD TO SAVE MONEY. PLAINTIFF IS IN PAIN + GIVEN "PAIN MEDICATION" THAT DOESN'T WORK. I was told by Nurse S. Steele ("Put ICE ON IT") the "Lipoma" has gotten bigger. I'm being denied Medical Specialist because it cost to much, Wexford Health Sources Inc. Has Deliberatly Denied Me Treatment which would be "The Removal of This LIPOMA" + "Proper Pain Medication. Wexford is Being Paid to Provide Plaintiff with the Medical Care He Needs. Wexfords Dr. J. Ek won't give Plaintiff the Pain Medicine He Needs for Pain Due to Wexfords Cost Cutting Policy — Wexford is Deliberately Denying Plaintiff Medical Outside Doctor's By Having Medical UM, Dr. Ritz Not approve Referral For General Surgery evaluation. Wexford Health Source Inc. Health Care Provider Denied Plaintiff The Surgery For the "LIPOMA" + I'm Being Denied to Have Specialists See Me + Having Special Examinations + tests (M.R.I, CAT SCANS, Colonoscopy) Wexford, Finds the Cheapest Prescription Drugs they Can Find No Matter if they Work, Help or Not. None of the Pain Medication thus Far is working For Plaintiff. Dr. J. Ek is the Medical Director at Hill C.C. + He Refused to Put Plaintiff on a "Stronger Pain Medication (TREMADOL)" Because This is a Cost Saving Measures Put in Play By Wexford Health Sources inc. + enforced by Dr. Ek. ALL "TRAMADOL" Prescription Have to go Through Dr. J. Ek. Dr. J. Ek Deliberately Denied Plaintiff "TRAMADOL" Pain Medication For His Severe Pain Because it Cost to Much to give out. The Treatment they have Prescribed Hasn't Stopped My/Plaintiff Pain + Suffering + its Getting worse. Because (Wexford Health Sources Inc.) the Medical Staff at Hill C.C. + Menard C.C. Hands are tied because of "WEXFORD'S" (Policy.) The Warden + Illinois Dept. of Corrections Director Have to watch over (Wexford Health Sources Inc.) To Make Sure They Provide The Medical Care that the state

6

of Illinois Hired them to Provide to the inmates in I.D.O.C. Custody. The Seventh Circuit has held "a Serious Medical need is one that has been (diagnosed) by a Physisien as Mandating treatment or one that is so (obvious) that even a Lay Person would easily Recongnize the necessity of/For a doctors attention, in Violation of Plaintiff's (Eighth Amendment Constitutional Rights.) To Be Free From Cruel + unusual Punishment... Plaintiff Has Filed Grievances, wrote Wardens, and I.D.O.C Directors Concerning this Matter, What Wexford is doing By Prolonging Surgery + allowing His Pain to go on, Even Dr. EK + Nurse S. Steele Said "Because of WEXFORD's Policy they Can't Remove the Lipoma or Send me out to a Specialist," and the Procedure takes 5 to 10 minutes to Extricate this So Called Lipoma From My Neck, this Lipoma is about 1½ inches away From My spine — Plaintiff Has Been in Pain to Long, I Have Put (13 EXHIBITS) with THIS COMPLAINT — Last, Wexford Health Sources Inc. is in Clear Violations of Plaintiffs Eighth Amendement, Rights, which Prohibits Cruel + unusual Punishment of People who have already been Convicted.

Wexford Health Doctor's + Nurses Have Assumed that this Knot is Just a "Lipoma" But "NO" Bi-opsey has Been Done, even when Nurse S. Steele Cut me open She didn't take a Sample to have it Sent to A Lab For testing NOR HAS Anyone "TREATING ME"...

(Wherefore,) Plaintiff Respectfully prays that this court enter Judgement granting plaintiffs A declaration that the acts and omissions described herein Violated Plaintiff's Rights under the Constitution and Laws of the United States.

## RELIEF REQUESTED
(State what relief you want from the court.)

Plaintiff wants to Sue each defendant in Their offical and Individual

7

Capacity, Plaintiff wants $250,000.00 For inadequate Medical Care and Deliberate indifference and $25,000.00 From Each Defendant ▬▬ Punitive and Compensatory Damages. And to have this Lipoma Removed as soon as possible. And have this Policy Changed.

JURY DEMAND     Yes ☒     No ☐

Signed this __3RD__ day of __February__, 20 __20__.

Clinton Dixon #B57267
(Signature of Plaintiff)

| Name of Plaintiff: Clinton Dixon | Inmate Identification Number: #B57267 |
|---|---|
| Address: PONTIAC CORR. Center P.O. BOX 99 Pontiac, IL. 61764 | Telephone Number: |

8